**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 13 |
| **Brian Sexton**, | Bankruptcy No. 24-14852 |
| Debtor. | Honorable David D. Cleary |

### AMENDED NOTICE OF EMERGENCY MOTION

**To:** See attached list.

**Please take notice** that, on **October 9, 2024, at 2:00 p.m.**, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, **or** electronically as described below, and present **Aldasheva's Emergency Motion for Relief from Stay**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and passcode.** The meeting ID is 161 122 6457, and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

In addition to other grounds for opposing the motion, you may oppose the motion on the basis that emergency treatment is not appropriate.

Dated: October 8, 2024

**Jamila Aldasheva**

By: /s/ Jeffrey K. Paulsen
One of Her Attorneys

Jeffrey K. Paulsen (6300528)
**Paulsen+HoltschlagLLC**
1245 S. Michigan, No. 115
Chicago, IL 60605
Tel:     (847) 644-9385
Email: jpaulsen@ph-firm.com