## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>**Brian Sexton**,<br><br>Debtor. | Chapter 13<br><br>Bankruptcy No. 24-14852<br><br>Honorable David D. Cleary |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Paulsen,

☑ an attorney, certify

—or—

☐ a non-attorney, declare under penalty of perjury under the laws of
the United States of America

that I served a copy of the *Notice of Emergency Motion and Aldasheva's Emergency Motion for Relief from Stay* (ECF No. 14) and the *Amended Notice of Emergency Motion* (ECF No. 16) on each entity shown on the attached list at the address shown and by the method shown on October 8, 2024.


By: /s/ Jeffrey K. Paulsen
One of Her Attorneys

# SERVICE LIST

**Registrants**
(Service via ECF)

Adam G. Brief
Adam.Brief@usdoj.gov, agbrief@gmail.com

Marilyn O. Marshall
courtdocs@chi13.com

**Non-Registrants**
(Service via method indicated)

Brian Sexton
25 E. Superior
#4201
Chicago, IL 60611
708-820-8170
bsextoneil@gmail.com
*Service via:*

- *FedEx Overnight (original Notice of Emergency Motion and Emergency Motion (ECF No. 14) only), tracking no. 779094627650*
- *Phone call:*
  - *Voicemail re: original Notice and Motion at 11:11 a.m.*
  - *Voicemail re: Amended Notice at 12:03 p.m.*
- *Email:*
  - *Re: original Notice and Motion at 11:06 a.m.*
  - *Re: Amended Notice at 12:02 p.m.*

Brian Sexton
c/o James Hanauer
630-784-1800
jameshanauerlaw@aol.com
*Service via:*

- *Phone call*
  - *Voicemail re: original Notice and Motion at 11:07 a.m.*
  - *Voicemail re: Amended Notice at 12:02 p.m.*
- *Email:*
  - *Re: original Notice and Motion at 11:06 a.m.*
  - *Re: Amended Notice at 12:02 p.m.*

## Jeffrey Paulsen

| | |
|---|---|
| **From:** | Jeffrey Paulsen |
| **Sent:** | Tuesday, October 8, 2024 11:06 AM |
| **To:** | 'bsextoneil@gmail.com'; 'jameshanauerlaw@aol.com' |
| **Cc:** | Kristen Serna; Brendan Hammer |
| **Subject:** | In re Sexton, 24-bk-14852 - Aldasheva's Emergency Motion for Stay Relief |
| **Attachments:** | 14 - Emergency Motion for Stay Relief.pdf; 14-1 - Proposed Order Granting Emergency Motion for Stay Relief.pdf |

Dear Mr. Sexton and Mr. Hanauer,

Attached please find Ms. Aldasheva's emergency motion for relief from the automatic stay in Mr. Sexton's new bankruptcy case. This is being heard tomorrow afternoon, October 9 at 2:00 p.m. Please confirm receipt of this email.

Best,
Jeffrey K. Paulsen



Phone: 847-644-9385
Email: jpaulsen@ph-firm.com
Web: www.ph-firm.com

1

## Jeffrey Paulsen

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ph-firm.com> |
| **To:** | jameshanauerlaw@aol.com |
| **Sent:** | Tuesday, October 8, 2024 11:06 AM |
| **Subject:** | Relayed: In re Sexton, 24-bk-14852 - Aldasheva's Emergency Motion for Stay Relief |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

[jameshanauerlaw@aol.com (jameshanauerlaw@aol.com)](jameshanauerlaw@aol.com)

Subject: In re Sexton, 24-bk-14852 - Aldasheva's Emergency Motion for Stay Relief



In re Sexton,
24-bk-14852 - Al...

1

**Jeffrey Paulsen**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ph-firm.com> |
| **To:** | bsextoneil@gmail.com |
| **Sent:** | Tuesday, October 8, 2024 11:06 AM |
| **Subject:** | Relayed: In re Sexton, 24-bk-14852 - Aldasheva's Emergency Motion for Stay Relief |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

bsextoneil@gmail.com (bsextoneil@gmail.com)

Subject: In re Sexton, 24-bk-14852 - Aldasheva's Emergency Motion for Stay Relief



In re Sexton,
24-bk-14852 - Al...

1

## Jeffrey Paulsen

| | |
|---|---|
| **From:** | Attorney James Hanauer <jameshanauerlaw@aol.com> |
| **Sent:** | Tuesday, October 8, 2024 11:09 AM |
| **To:** | bsextoneil@gmail.com; Jeffrey Paulsen |
| **Cc:** | Kristen Serna; Brendan Hammer |
| **Subject:** | Re: In re Sexton, 24-bk-14852 - Aldasheva's Emergency Motion for Stay Relief |

Thank you.

The Law Office of James Hanauer
JamesHanauerLaw@aol.com
DuPageFamilyLawLawyer.com
600 W. Roosevelt Rd., Suite B1
Wheaton, IL 60187
630/784-1800
630/344-0913 (Fax)

On Tuesday, October 8, 2024 at 11:06:05 AM CDT, Jeffrey Paulsen <jpaulsen@ph-firm.com> wrote:

Dear Mr. Sexton and Mr. Hanauer,

Attached please find Ms. Aldasheva's emergency motion for relief from the automatic stay in Mr. Sexton's new bankruptcy case. This is being heard tomorrow afternoon, October 9 at 2:00 p.m. Please confirm receipt of this email.

Best,

Jeffrey K. Paulsen



Phone: 847-644-9385

Email: jpaulsen@ph-firm.com

Web: www.ph-firm.com

1

**Jeffrey Paulsen**

| | |
|---|---|
| **From:** | Jeffrey Paulsen |
| **Sent:** | Tuesday, October 8, 2024 12:02 PM |
| **To:** | bsextoneil@gmail.com; jameshanauerlaw@aol.com |
| **Cc:** | Kristen Serna; Brendan Hammer |
| **Subject:** | RE: In re Sexton, 24-bk-14852 - Aldasheva's Emergency Motion for Stay Relief |
| **Attachments:** | 16 - Amended Notice of Motion.pdf |

Dear Mr. Sexton and Mr. Hanauer,

Please find attached an amended notice for the emergency motion. The time and place of the hearing remain the same. I have deleted language from the notice requiring a notice of objection two days in advance of the hearing, and included language that the motion may be opposed on grounds that it is not an emergency. Please confirm receipt.

Best,
Jeffrey K. Paulsen



Phone: **847-644-9385**
Email: jpaulsen@ph-firm.com
Web: www.ph-firm.com

---

**From:** Jeffrey Paulsen
**Sent:** Tuesday, October 8, 2024 11:06 AM
**To:** 'bsextoneil@gmail.com' <bsextoneil@gmail.com>; 'jameshanauerlaw@aol.com' <jameshanauerlaw@aol.com>
**Cc:** Kristen Serna <kserna@hsqlawfirm.com>; Brendan Hammer <bhammer@hsqlawfirm.com>
**Subject:** In re Sexton, 24-bk-14852 - Aldasheva's Emergency Motion for Stay Relief

Dear Mr. Sexton and Mr. Hanauer,

Attached please find Ms. Aldasheva's emergency motion for relief from the automatic stay in Mr. Sexton's new bankruptcy case. This is being heard tomorrow afternoon, October 9 at 2:00 p.m. Please confirm receipt of this email.

Best,
Jeffrey K. Paulsen



Phone: **847-644-9385**
Email: jpaulsen@ph-firm.com

Web: www.ph-firm.com

## Jeffrey Paulsen

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ph-firm.com> |
| **To:** | jameshanauerlaw@aol.com |
| **Sent:** | Tuesday, October 8, 2024 12:02 PM |
| **Subject:** | Relayed: RE: In re Sexton, 24-bk-14852 - Aldasheva's Emergency Motion for Stay Relief |

### Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

jameshanauerlaw@aol.com (jameshanauerlaw@aol.com)

Subject: RE: In re Sexton, 24-bk-14852 - Aldasheva's Emergency Motion for Stay Relief



RE: In re Sexton,
24-bk-14852 ...

**Jeffrey Paulsen**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ph-firm.com> |
| **To:** | bsextoneil@gmail.com |
| **Sent:** | Tuesday, October 8, 2024 12:02 PM |
| **Subject:** | Relayed: RE: In re Sexton, 24-bk-14852 - Aldasheva's Emergency Motion for Stay Relief |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

bsextoneil@gmail.com (bsextoneil@gmail.com)

Subject: RE: In re Sexton, 24-bk-14852 - Aldasheva's Emergency Motion for Stay Relief



RE: In re Sexton,
24-bk-14852 ...