FILED DATE: 6/18/2024 11:32 AM   2024CH05690

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION**

| | |
|---|---|
| IN RE THE MARRIAGE OF: | ) |
| | ) |
| JAMILA ALDASHEVA, | ) |
| Petitioner, | ) |
| | ) |
| and | ) Case No. 2019 D 002943 |
| | ) |
| BRIAN SEXTON, | ) Cal.: 22 |
| Respondent. | ) |

**ENTERED**

Feb. 21, 2023

Iris Y. Martinez
Clerk of the Circuit Court
of Cook County, IL

DEPUTY CLERK _____

## COURT ORDER

**THIS CAUSE** coming before the Court on Petitioner's Emergency Petition for Rule to Show Cause, for Adjudication of Indirect Civil Contempt and for Other Relief filed on February 21, 2023, Respondent appearing through in persona and through his counsel, Glen Kaufman, Benjamin Kaufman, and David Mann and Petitioner appearing in person and through Kristen R. Serna of Hammer Serna & Quinn, LLC, Brendan J. Hammer Of Counsel for Hammer Serna & Quinn, LLC, the Court advised as to the premises, the Court having found that Respondent's flagrant disregard of the September 13, 2022 Court Order constitutes an emergency;

**IT IS HEREBY ORDERED:**

1. The Emergency Motion to Remove Respondent from the Marital Residence previously filed on January 12, 2022 is hereby granted *sua sponte* with the Respondent acknowledging that he has physically vacated the residence.

2. Respondent is hereby prohibited *instanter* from entering, remaining or otherwise being present in or around the Marital Residence located at 25 East Superior, Unit 4201, Chicago, Illinois 60611 and any other location associated with the ownership of the Marital Residence including but not limited to the garage spaces, the storage unit, and the humidor located in 25 East Superior, Chicago, Illinois.

3. Jamila is granted *instanter* sole and exclusive possession of 25 East Superior, Unit 4201, Chicago, Illinois 60611 and all locations associated with the ownership of the Marital Residence including but not limited to the garage spaces, the storage unit, and the humidor located in 25 East Superior.

4. The Rule shall issue *instanter* in regard to the Petitioner's Emergency Petition for Rule to Show Cause, for Adjudication of Indirect Civil Contempt and for Other Relief as more

**EXHIBIT F**

fully set forth in the Order on Rule to Show Cause entered contemporaneously herewith.

5. Hearing on the return of the rule related to the Petitioner's Emergency Petition for Rule to Show Cause, for Adjudication of Indirect Civil Contempt and for Other Relief is scheduled for Friday, February 24, 2023 at 2:00 p.m. in person in Courtroom 3007 at the Daley Center, 50 West Washington, Chicago, Illinois.

6. Respondent shall have until 5:00 p.m. on February 22, 2023 to respond to the Petitioner's Emergency Petition for Rule to Show Cause, for Adjudication of Indirect Civil Contempt and for Other Relief.

7. Respondent and Petitioner shall have 21 days to respond the Motion to Withdraw filed by Glen Kaufman and David Mann. If there is no objection after the hearing has concluded on the Petitioner's Emergency Petition for Rule to Show Cause, for Adjudication of Indirect Civil Contempt and for Other Relief, the Court may consider ruling upon the Motion to Withdraw filed by Glen Kaufman and David Mann.

ENTER: February 21, 2023

s\ *Naomi H. Schuster 1966*
**JUDGE**

**Kristen R. Serna**
**Hammer Serna & Quinn, LLC**
Attorney for Petitioner
77 West Wacker, Suite 4500
Chicago, IL 60601
Phone: 312-372-6058
kserna@hsqlawfirm.com

**Brendan J. Hammer**
**Of Counsel to Hammer Serna & Quinn, LLC**
77 West Wacker Drive, Suite 4500
Chicago, Illinois 60601
Phone: 312-372-6058
Bhammer@hsqlawfirm.com

**Glen Kaufman**
**Attorney for Respondent**
159 East Walton, Unit 6G
Chicago, IL 60611
Phone: 773-252-4266
gkauf92406@aol.com

**David Mann**
**Attorney for Respondent**
P.O. Box 4792
Wheaton, Illinois 60189
Dmann609@aol.com