# U.S. Bankruptcy Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: Brian Sexton        Case Number: 24-14852

An appearance is hereby filed by the undersigned as attorney for:

JPMorgan Chase Bank, National Association

**Attorney name (type or print):** Cheryl Considine

**Firm:** Heavner, Beyers & Mihlar, LLC

**Street address:** 601 East William Street

**City/State/Zip:** Decatur, IL 62523

**Bar ID Number:** 6242779        **Telephone Number:** (217) 422-1719
(See item 3 in instructions)

**Email Address:** bkdept@hsbattys.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ✓ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ✓ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/29/2024

Attorney signature:    S/ Cheryl Considine
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015