Certificate Number: 20434-ILN-DE-039167295

Bankruptcy Case Number: 24-14852



20434-ILN-DE-039167295

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 16, 2024, at 4:44 o'clock PM CST, Brian Sexton completed a course on personal financial management given by internet by Thomas H. Hooper, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   December 17, 2024                By:   /s/Scott E Kehiaian

Name:   Scott E Kehiaian

Title:   TEN Rep